**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07–7850 PA (Ex) | Date | June 9, 2008 |
|---|---|---|---|
| Title | Marteen Moore v. USC Univ. Hosp., Inc., <u>et al.</u> | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Rosa Morales | Leandra Amber | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Scott Lasalle, (Confluent)<br>Susan Heider (Hosp./& Drs. Elder & Farin)<br>Dawn Cushman (Drs. Anglim & Wang)<br>Scott McFall (Hosp. /Drs. Elder & Farin) |

**Proceedings:**    ORDER TO SHOW CAUSE FOLLOWING SCHEDULING CONFERENCE

     A scheduling conference is not held. Counsel for all defendants appeared. Counsel for plaintiff Marteen Moore ("Plaintiff") did not appear. The Scheduling Order in this case warns that "the failure to attend the Scheduling Conference may result in the dismissal of the action . . . and/or the imposition of sanctions." Accordingly, counsel for Plaintiff is ordered to show cause in writing, no later than June 13, 2008, why Plaintiff's counsel should not be sanctioned in the amount of $750, and/or why the case should not be dismissed without prejudice for failure to appear. The scheduling conference is continued to June 17, 2008 at 11:00 a.m.

     IT IS SO ORDERED.

/    11    
RM