UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| MARTEEN MOORE, | No.   CV 07–7850 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| USC UNIVERSITY HOSPITAL, INC.; MICHAEL Y. WANG; CONFLUENT SURGICAL, INC., | |
| Defendants. | |

In accordance with the Court's September 8, 2009 Order granting the motions for summary judgment filed by defendants USC University Hospital, Inc., Michael Y. Wang, and Confluent Surgical, Inc. ("Defendants"), there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

    1.    Plaintiff shall recover nothing from Defendants;

    2.    Defendants shall have judgment in their favor; and

1       3.     Defendants shall recover their costs of suit.

2     The Clerk is ordered to enter this Judgment.

4   DATED: September 21, 2009                       _____

                                                                     Percy Anderson
                                                  UNITED STATES DISTRICT JUDGE